UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES KINNEY, Plaintiff, v. TANI G. CANTIL-SAKAUYE, et al., Defendants. | Case No. 18-cv-01158-VC<br><br>**ORDER DENYING MOTION FOR PERMISSION TO FILE ELECTRONICALLY; DISMISSING CASE SUA SPONTE**<br><br>Re: Dkt. No. 3 |
|---|---|

Charles Kinney's complaint against the Chief Justice of the California Supreme Court and a California Court of Appeal justice is a de facto appeal of state court decisions, and any additional issues raised are inextricably intertwined with these state court decisions. Therefore, this Court is without subject matter jurisdiction. Because no amendment could cure these defects, this action is dismissed sua sponte without leave to amend, and Kinney's motion for permission to file electronically is denied as moot. *See Kinney v. Rothschild*, No. 17-cv-07366-VC, Dkt. No. 5 (N.D. Cal. Feb. 26, 2018); *Kinney v. Boren*, No. 16-cv-06505-VC, Dkt. No. 12 (N.D. Cal. Nov. 10, 2016).

**IT IS SO ORDERED.**

Dated: March 9, 2018

VINCE CHHABRIA
United States District Judge